JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK PIÑA, | Case No. 2:25-cv-01439-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JUDGE FRANK M. TAVELMAN, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice for lack of jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 7, 2025

*/s/ Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE